IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL JOHN PISKANIN, JR., | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH P. CAMERON, et al. | : | NO. 11-cv-4698 |
| Respondents. | : | |

FILED
OCT 16 2014

**ORDER**

AND NOW, this 16 day of Oct, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and objections thereto IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

BERLE M. SCHILLER,        J.